### WOODALL v. STAFFORD.

HILL, J. It appearing from the uncontradicted evidence that this suit was based on an unconditional negotiable promissory note, and that the plaintiff was a bona fide purchaser thereof for value before maturity, and without notice of any defense thereto, the court did not err in directing a verdict in favor of the plaintiff for the full amount due on the note.                    *Judgment affirmed. All the Justices concur.*

APRIL 18, 1914.

Complaint. Before Judge Daniel. Pike superior court. August 1, 1913.

*E. F. Dupree* and *H. O. Farr,* for plaintiff in error.
*J. F. Redding,* contra.